**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT VALLEY HOSPITAL, INC., A CALIFORNIA CORPORATION DOING BUSINESS AS DESERT VALLEY HOSPITAL,<br><br>   Plaintiff,<br><br>   v.<br><br>WAL-MART STORES, INC.<br><br>   Defendant. | Case Nos. **EDCV 11-01584** VAP (OPx); EDCV 11-01585 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 9, 2012

                                    /s/ Virginia A. Phillips
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge